UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TANISHA W.,

                Plaintiff,

                                                3:25-CV-715
     v.                                               (DJS)

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

---

**DANIEL J. STEWART**
**United States Magistrate Judge**

# ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking review of a decision by the Commissioner of Social Security that Plaintiff was not disabled. Dkt. No. 1. Defendant now concedes that this matter must be remanded. Dkt. No. 9. Plaintiff consents to a remand pursuant to sentence four. *Id.* at p. 2.

**ACCORDINGLY**, it is

**ORDERED**, that Defendant's decision denying Plaintiff disability benefits is **VACATED and the matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings**; and it is

**ORDERED**, that the Clerk of the Court shall serve copies of this Order on the parties.

Dated: September 30, 2025
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge